JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
OLUWATOBI AGBELEMOSE (SBN 340712)
oagbelemose@sandersroberts.com
SANDERS ROBERTS LLP
1055 West 7th Street, Suite 3200, Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDREI CHERNY, an individual, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-10370-KS |
| v. | |
| ASPIRATION PARTNERS, INC., a Delaware Business Entity Authorized to Do Business in California, | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

January 3, 2025                              _____
       *Date*                                     *Signature of Attorney/Party*

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*